IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   Cr. No. 08-20429-Cl

TOMMIE DUNN and
KODY EVANS,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO ENTER CONDITIONAL PLEA

For good cause shown, and with the government consenting, the Court hereby **GRANTS** defendant Tommie Dunn and Kody Evans' motion to enter a conditional plea of guilty to Counts 1, 2, 3, 5, 7, 9, and 11 of the indictment pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure reserving their right to appeal the Court's decision denying their motion to suppress evidence.

It is so **ORDERED**,

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: May 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 21, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522